UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SAMUEL A. WILLIAMS                                        CIVIL ACTION

VERSUS                                                    NO. 21-1828

SKECHERS USA INC.                                         SECTION "H"(4)

### ORDER OF DISMISSAL

On May 9, 2022, the Court issued a Show Cause Notice instructing plaintiff's counsel to further prosecute their claim(s) against, or obtain responsive pleadings from, defendant, Skechers USA, Inc., on or before May 25, 2022. Counsel was specifically cautioned that failure to comply with this Notice of the Court, or show good cause in writing as to why the party has not been joined, would result in dismissal of those claims. As of this date, plaintiff's counsel has not filed a response to the Court's notice. The defendant remains un-joined in this matter despite being effectively served (Rec. Doc. 4).

Accordingly, **IT IS ORDERED** that the claims against defendant, Skechers USA, Inc., are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Local Rule 41.3.

New Orleans, Louisiana, this 22nd day of June, 2022.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE