## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMUEL A. WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 2:21-cv-01828** |
| **SKECHERS USA, INC.** | **SECTION:  JUDGE JANE TRICHE MILAZZO (H)** |
| | **DIVISION:  MAGISTRATE JUDGE KAREN WELLS ROBY (4)** |

### MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Samuel A. Williams, and on suggesting to the Court that all of his claims against Defendant, Skechers USA, Inc., have been settled prior to Defendant filing an Answer to the Complaint for Damages.

Accordingly, Plaintiff respectfully moves this Court to dismiss all of his claims against Defendant, with prejudice, each party to bear his or its own costs.

    Respectfully submitted,

    **GAINSBURGH, BENJAMIN, DAVID,**
    **MEUNIER & WARSHAUER, L.L.C.**

BY: *s/ Irving J. Warshauer*
       **IRVING J. WARSHAUER**
       **BAR NO. 13252**
       **BRITTANY R. WOLF-FREEDMAN**
       **BAR NO. 36733**
       2800 Energy Centre
       1100 Poydras Street
       New Orleans, Louisiana 70163-2800
       Telephone:  (504) 522-2304
       Facsimile:  (504) 528-9973
       E-mail:  iwarshauer@gainsben.com
       E-mail:  bwolf@gainsben.com

    Attorneys For Plaintiff, Samuel A. Williams

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>*/s/ Irving J. Warshauer*
>**IRVING J. WARSHAUER**