## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMUEL A. WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 2:21-cv-01828** |
| **SKECHERS USA, INC.** | **SECTION: JUDGE JANE TRICHE MILAZZO (H)** |
| | **DIVISION: MAGISTRATE JUDGE KAREN WELLS ROBY (4)** |

## ORDER

Considering the foregoing Motion to Dismiss with Prejudice (Doc. 9),

**IT IS HEREBY ORDERED** that the claims of Plaintiff, Samuel A. Williams, are **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs.

New Orleans, Louisiana, this 2nd day of August, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**